IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALBERTO JOSE RAMIREZ,

        Petitioner,

vs.                                                                                                                                   No. 2:19-cv-00671-KWR-LF

WARDEN LEON MARTINEZ, and
HECTOR H. BALDERAS,

        Respondents.

**RULE 41(a)(2) FINAL ORDER OF VOLUNTARY DISMISSAL**

**THIS MATTER** is before the Court on the Motion to Voluntarily Withdraw Petition filed by Petitioner Alberto Jose Ramirez on March 18, 2021 (Doc. 32).  The Court construes the Motion as a request for voluntary dismissal under Fed. R. Civ. P. 41(a)(2) and will **GRANT** Petitioner's request.

**IT IS ORDERED**:

(1)  the Motion to Voluntarily Withdraw Petition filed by Petitioner Alberto Jose Ramirez on March 18, 2021 (Doc. 32) is **GRANTED**; and

(2) Petitioner's  Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Prisoner in State Custody filed July 22, 2019 (Doc. 1) and Amended Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Prisoner in State Custody filed September 26, 2019 (Doc. 7)  are **DISMISSED** without prejudice under Rule 41(a)(2) of the Federal Rules of Civil Procedure and this civil case is **CLOSED**.

**IT IS SO ORDERED.**

1

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**